**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDDIE A. POINDEXTER, ADC #121353                          PLAINTIFF

v.                        No. 5:15CV00145-JLH-JTK

ERICKA JOHNSON, et al.                                           DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Ericka Johnson and Jacqueline Tump are dismissed without prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 10th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE