## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EDDIE A. POINDEXTER,
ADC #121353                                                                                    PLAINTIFF

v.                                      5:15CV00145-JLH-JTK

ERICKA JOHNSON, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Stevie Tump is DISMISSED from Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 6th day of November, 2015.

_____
J. LEON HOMES
UNITED STATES DISTRICT JUDGE